IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:14CR365-1
:
MELVIN DEWITT DOWNING :

The Grand Jury charges:

From on or about September 8, 2011, continuing up to and including on or about August 21, 2012, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, MELVIN DEWITT DOWNING did knowingly and willfully embezzle, steal, purloin and convert to his own use money and things of value of the United States Department of Housing and Urban Development, an agency of the United States, that is, money provided to Edgewood Management Corporation for the provision of company

police services in the approximate value of $12,398.51; in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

2